IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WENDY J. CHMIEL,<br><br>        Defendant. | 4:15CR3082<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's motion, (Filing No. 36), is granted:

2) Paragraph (g) of the court's order setting conditions of release, (Filing No. 23) is amended to state Defendant shall "Not leave Nebraska without prior approval of the supervising officer."

3) All other terms of the court's order setting conditions of release, (Filing No. 23), remain in effect.

February 8, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge